United States Bankruptcy Court
Southern District of Texas

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Leon Lamar Coe | Social Security number or ITIN   xxx–xx–6896 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |

**ENTERED**
August 06, 2026
Nathan Ochsner, Clerk

United States Bankruptcy Court  Southern District of Texas

Case number:  26–32715

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Leon Lamar Coe

8/6/26

**By the court:**  Jeffrey P Norman
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318              **Order of Discharge**              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support
  obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

- ♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

- ♦ some debts which the debtors did not
  properly list;

- ♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

- ♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318 **Order of Discharge** page 2

United States Bankruptcy Court

Southern District of Texas

In re:                                                                          Case No. 26-32715-jpn

Leon Lamar Coe                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: ADIuser | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 06, 2026 | Form ID: 318 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leon Lamar Coe, 23522 Padova Gardens Dr, Katy, TX 77493-3364 |
| 13279158 | | Laquana Sample, 11074 Arbor Gardens Dr, Bridgeton, MO 63044-3376 |
| 13318906 | + | Mercedes-Benz Financial Services USA LLC, c/o Wilcox Law, PLLC, P.O. Box 201849, Arlington, TX 76006-4727 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Aug 07 2026 00:31:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Aug 07 2026 00:31:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: notices@bkservicing.com | Aug 06 2026 21:21:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Aug 06 2026 21:22:00 | Katy ISD, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie Lee Andresen, PO Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: BKRMailOps@weltman.com | Aug 06 2026 21:23:00 | NAVY FEDERAL CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, INDEPENDENCE, OH 44131-2191 |
| 13279149 | + | EDI: GMACFS.COM | Aug 07 2026 00:31:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, IL 55438-0901 |
| 13279150 | | Email/PDF: bncnotices@becket-lee.com | Aug 06 2026 21:25:41 | American Express, P.O. Box 6031, Carol Stream, IL 60197-6031 |
| 13279151 | + | Email/Text: CSD-BankSO@oag.texas.gov | Aug 06 2026 21:21:00 | Attorney General of Texas-Child Support Division, 6161 Savoy Suite 320, Houston, TX 77036-3337 |
| 13279153 | | EDI: BANKAMER | Aug 07 2026 00:31:00 | Bank of America, P.O. Box 15796, Wilmington, DE 19886-5796 |
| 13279152 | + | EDI: BANKAMER | Aug 07 2026 00:31:00 | Bank of America, Attn: Bankruptcy, P.O. Box 15019, Wilmington, DE 19850-5019 |
| 13279154 | ^ | MEBN | Aug 06 2026 21:15:54 | Capital One, Bankruptcy Department, 1 Corporate Drive Suite 360, Lake Zurich, IL 60047-8945 |
| 13279155 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 06 2026 21:23:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 13279156 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 06 2026 21:20:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |

| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 06, 2026 | Form ID: 318 | Total Noticed: 25 |

| 13279157 | | EDI: IRS.COM | Aug 07 2026 00:31:00 | Internal Revenue Services, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
|---|---|---|---|---|
| 13279159 | + | EDI: MERCEDES | Aug 07 2026 00:31:00 | Mercedes-Benz Financial, Attn: Bankruptcy, PO Box 961, Roanoke, TX 76262-0961 |
| 13279160 | + | EDI: NFCU.COM | Aug 07 2026 00:37:00 | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 13279161 | | EDI: NFCU.COM | Aug 07 2026 00:37:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 13279162 | + | EDI: SYNC | Aug 07 2026 00:31:00 | Sam's Club, P.O. Box 960012, Orlando, FL 32896-0012 |
| 13279165 | | Email/Text: usatxs.bankruptcy@usdoj.gov | Aug 06 2026 21:20:00 | UNITED STATES ATTORNEY'S OFFICE, CIVIL PROCESS CLERK, 1000 LOUISIANA, SUITE 2300, Houston, TX 77002 |
| 13279163 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 06 2026 21:23:00 | U.S Department of Education, PO Box 2837, Portland, OR 97208-2837 |
| 13279164 | ^ | MEBN | Aug 06 2026 21:14:51 | UNITED STATES ATTORNEY GENERAL, 950 PENNSYLVANIE AVENUE, N.W., Washington, DC 20530-0009 |
| 13279166 | ^ | MEBN | Aug 06 2026 21:13:35 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Navy Federal Credit Union |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy Beth Clark-Downing | on behalf of Plaintiff Leon Lamar Coe amy@cimentlawfirm.com  cpfiling@cimentlawfirm.com;lawgrrl1@recap.email |
| Daniel J. Ciment | on behalf of Debtor Leon Lamar Coe Daniel@CimentLawFirm.com CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com;CimentLawFirmPLLC@jubileebk.net |

District/off: 0541-4

User: ADIuser

Page 3 of 3

Date Rcvd: Aug 06, 2026

Form ID: 318

Total Noticed: 25

Jeannie Lee Andresen

on behalf of Creditor Katy ISD houston_bankruptcy@lgbs.com

Nathan Frederick Jones Smith

on behalf of Creditor Navy Federal Credit Union nathan@mclaw.org  TXSD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com

Ronald J Sommers

efile@nathansommers.com  RS@trustesolutions.com,RS@trustesolutions.net,psalazar@nathansommers.com

Stephen Wilcox

on behalf of Creditor Mercedes-Benz Financial Services USA LLC swilcox@basselwilcox.com
kraudry@wilcoxlaw.net;krw77@sbcglobal.net

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 7