**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 06, 2026

Nathan Ochsner, Clerk

In
Re:    Leon Lamar Coe

   **Debtor(s)**                                Case No.: 26–32715

                                               Chapter:  7

---

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Ronald J Sommers is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 8/6/26

Jeffrey P. Norman
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

In re:                                                                                          Case No. 26-32715-jpn

Leon Lamar Coe                                                                         Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 06, 2026 | Form ID: fnldtxs | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

**Recip ID          Recipient Name and Address**
db          + Leon Lamar Coe, 23522 Padova Gardens Dr, Katy, TX 77493-3364

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

**Name          Email Address**

Amy Beth Clark-Downing
          on behalf of Plaintiff Leon Lamar Coe amy@cimentlawfirm.com  cpfiling@cimentlawfirm.com;lawgrrl1@recap.email

Daniel J. Ciment
          on behalf of Debtor Leon Lamar Coe Daniel@CimentLawFirm.com CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com;CimentLawFirmPLLC@jubileebk.net

Jeannie Lee Andresen
          on behalf of Creditor Katy ISD houston_bankruptcy@lgbs.com

Nathan Frederick Jones Smith
          on behalf of Creditor Navy Federal Credit Union nathan@mclaw.org  TXSD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com

Ronald J Sommers
          efile@nathansommers.com  RS@trustesolutions.com,RS@trustesolutions.net,psalazar@nathansommers.com

Stephen Wilcox

District/off: 0541-4
Date Rcvd: Aug 06, 2026

User: ADIuser
Form ID: fnldtxs

Page 2 of 2
Total Noticed: 1

on behalf of Creditor Mercedes-Benz Financial Services USA LLC swilcox@basselwilcox.com
kraudry@wilcoxlaw.net;krw77@sbcglobal.net

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV


TOTAL: 7