United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 28, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE : LEON LAMAR COE<br>*DEBTORS* | CASE NO: 26-32715<br><br>CHAPTER 7 |

ORDER (ECF NO. 34)

The Motion to Reopen is denied due to the lack of the payment of the $260 filing fee.

Signed: August 28, 2026

Jeffrey P. Norman
United States Bankruptcy Judge