United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 28, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE : LEON LAMAR COE<br>*DEBTORS* | CASE NO: 26-32715<br><br>CHAPTER 7 |

ORDER (ECF No. 34)

The Motion to Reopen is denied due to the lack of the payment of the $260 filing fee.

Signed: August 28, 2026

Jeffrey P. Norman
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re:<br>Leon Lamar Coe<br>Debtor | Case No. 26-32715-jpn<br>Chapter 7 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 3 |
| Date Rcvd: Aug 28, 2026 | Form ID: pdf001 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leon Lamar Coe, 23522 Padova Gardens Dr, Katy, TX 77493-3364 |
| 13279158 | | Laquana Sample, 11074 Arbor Gardens Dr, Bridgeton, MO 63044-3376 |
| 13318906 | + | Mercedes-Benz Financial Services USA LLC, c/o Wilcox Law, PLLC, P.O. Box 201849, Arlington, TX 76006-4727 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 28 2026 20:47:42 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 28 2026 20:47:42 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: notices@bkservicing.com | Aug 28 2026 20:42:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Aug 28 2026 20:43:00 | Katy ISD, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie Lee Andresen, PO Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: BKRMailOps@weltman.com | Aug 28 2026 20:43:00 | NAVY FEDERAL CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, INDEPENDENCE, OH 44131-2191 |
| 13279149 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 28 2026 20:41:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, IL 55438-0901 |
| 13279150 | | Email/PDF: bncnotices@becket-lee.com | Aug 28 2026 20:47:50 | American Express, P.O. Box 6031, Carol Stream, IL 60197-6031 |
| 13279151 | + | Email/Text: CSD-BankSO@oag.texas.gov | Aug 28 2026 20:42:00 | Attorney General of Texas-Child Support Division, 6161 Savoy Suite 320, Houston, TX 77036-3337 |
| 13279153 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 28 2026 20:41:00 | Bank of America, P.O. Box 15796, Wilmington, DE 19886-5796 |
| 13279152 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 28 2026 20:41:00 | Bank of America, Attn: Bankruptcy, P.O. Box 15019, Wilmington, DE 19850-5019 |
| 13279154 | ^ | MEBN | Aug 28 2026 20:37:08 | Capital One, Bankruptcy Department, 1 Corporate Drive Suite 360, Lake Zurich, IL 60047-8945 |
| 13279155 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 28 2026 20:43:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 13279156 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 28 2026 20:42:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |

| | | | | |
|---|---|---|---|---|
| 13279157 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 28 2026 20:42:00 | Internal Revenue Services, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13279159 | + | Email/Text: FWBankruptcyTeam@mercedes-benz.com | Aug 28 2026 20:41:00 | Mercedes-Benz Financial, Attn: Bankruptcy, PO Box 961, Roanoke, TX 76262-0961 |
| 13279160 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 28 2026 20:43:00 | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 13279161 | | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 28 2026 20:43:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 13279162 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2026 20:47:41 | Sam's Club, P.O. Box 960012, Orlando, FL 32896-0012 |
| 13279165 | | Email/Text: usatxs.bankruptcy@usdoj.gov | Aug 28 2026 20:41:00 | UNITED STATES ATTORNEY'S OFFICE, CIVIL PROCESS CLERK, 1000 LOUISIANA, SUITE 2300, Houston, TX 77002 |
| 13279163 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 28 2026 20:43:00 | U.S Department of Education, PO Box 2837, Portland, OR 97208-2837 |
| 13279164 | ^ | MEBN | Aug 28 2026 20:37:27 | UNITED STATES ATTORNEY GENERAL, 950 PENNSYLVANIE AVENUE, N.W., Washington, DC 20530-0009 |
| 13279166 | ^ | MEBN | Aug 28 2026 20:35:49 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Navy Federal Credit Union |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy Beth Clark-Downing | on behalf of Plaintiff Leon Lamar Coe amy@cimentlawfirm.com cpfiling@cimentlawfirm.com;lawgrrl1@recap.email |
| Amy Beth Clark-Downing | on behalf of Debtor Leon Lamar Coe amy@cimentlawfirm.com cpfiling@cimentlawfirm.com;lawgrrl1@recap.email |

| | |
|---|---|
| Daniel J. Ciment | on behalf of Debtor Leon Lamar Coe Daniel@CimentLawFirm.com CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com;CimentLawFirmPLLC@jubileebk.net |
| Jeannie Lee Andresen | on behalf of Creditor Katy ISD houston_bankruptcy@lgbs.com |
| Nathan Frederick Jones Smith | on behalf of Creditor Navy Federal Credit Union nathan@mclaw.org TXSD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Ronald J Sommers | efile@nathansommers.com RS@trustesolutions.com,RS@trustesolutions.net,psalazar@nathansommers.com |
| Stephen Wilcox | on behalf of Creditor Mercedes-Benz Financial Services USA LLC swilcox@basselwilcox.com kraudry@wilcoxlaw.net;krw77@sbcglobal.net |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 8