UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE : LEON LAMAR COE<br>*DEBTORS* | CASE NO: 26-32715<br><br>CHAPTER 7 |

ORDER REOPENING CASE

On the Debtor's motion, this case is reopened.

SIGNED:

____________________________________
Jeffrey Norman
United States Bankruptcy Judge