United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 21, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE : LEON LAMAR COE<br>*DEBTORS* | CASE NO: 26-32715<br><br>CHAPTER 7 |

ORDER REOPENING CASE (ECF NO. 38)

On the Debtor's motion, this case is reopened.

Signed: October 21, 2026

Jeffrey P. Norman
United States Bankruptcy Judge