United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 21, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE : LEON LAMAR COE<br>*DEBTORS* | CASE NO: 26-32715<br><br>CHAPTER 7 |

ORDER REOPENING CASE (ECF NO. 38)

On the Debtor's motion, this case is reopened.

Signed: October 21, 2026

Jeffrey P. Norman
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re: Leon Lamar Coe, Debtor

Case No. 26-32715-jpn
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0541-4 | User: ADIuser | Page 1 of 3
Date Rcvd: Oct 31, 2026 | Form ID: pdf001 | Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leon Lamar Coe, 23522 Padova Gardens Dr, Katy, TX 77493-3364 |
| 13279158 | | Laquana Sample, 11074 Arbor Gardens Dr, Bridgeton, MO 63044-3376 |
| 13318906 | + | Mercedes-Benz Financial Services USA LLC, c/o Wilcox Law, PLLC, P.O. Box 201849, Arlington, TX 76006-4727 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 31 2026 17:40:57 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 31 2026 17:40:44 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: notices@bkservicing.com | Oct 31 2026 17:37:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Oct 31 2026 17:37:00 | Katy ISD, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie Lee Andresen, PO Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: BKRMailOps@weltman.com | Oct 31 2026 17:38:00 | NAVY FEDERAL CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, INDEPENDENCE, OH 44131-2191 |
| 13279149 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 31 2026 17:36:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, IL 55438-0901 |
| 13279150 | | Email/PDF: bncnotices@becket-lee.com | Oct 31 2026 17:41:11 | American Express, P.O. Box 6031, Carol Stream, IL 60197-6031 |
| 13279151 | + | Email/Text: CSD-BankSO@oag.texas.gov | Oct 31 2026 17:37:00 | Attorney General of Texas-Child Support Division, 6161 Savoy Suite 320, Houston, TX 77036-3337 |
| 13279153 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 31 2026 17:36:00 | Bank of America, P.O. Box 15796, Wilmington, DE 19886-5796 |
| 13279152 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 31 2026 17:36:00 | Bank of America, Attn: Bankruptcy, P.O. Box 15019, Wilmington, DE 19850-5019 |
| 13279154 | ^ | MEBN | Oct 31 2026 17:22:53 | Capital One, Bankruptcy Department, 1 Corporate Drive Suite 360, Lake Zurich, IL 60047-8945 |
| 13279155 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 31 2026 17:38:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 13279156 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 31 2026 17:36:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |

| | | | | |
|---|---|---|---|---|
| 13279157 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 31 2026 17:37:00 | Internal Revenue Services, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13279159 | + | Email/Text: FWBankruptcyTeam@mercedes-benz.com | Oct 31 2026 17:36:00 | Mercedes-Benz Financial, Attn: Bankruptcy, PO Box 961, Roanoke, TX 76262-0961 |
| 13279160 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 31 2026 17:38:00 | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 13279161 | | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 31 2026 17:38:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 13279162 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2026 17:40:55 | Sam's Club, P.O. Box 960012, Orlando, FL 32896-0012 |
| 13279165 | | Email/Text: usatxs.bankruptcy@usdoj.gov | Oct 31 2026 17:36:00 | UNITED STATES ATTORNEY'S OFFICE, CIVIL PROCESS CLERK, 1000 LOUISIANA, SUITE 2300, Houston, TX 77002 |
| 13279163 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 31 2026 17:38:00 | U.S Department of Education, PO Box 2837, Portland, OR 97208-2837 |
| 13279164 | ^ | MEBN | Oct 31 2026 17:22:48 | UNITED STATES ATTORNEY GENERAL, 950 PENNSYLVANIE AVENUE, N.W., Washington, DC 20530-0009 |
| 13279166 | ^ | MEBN | Oct 31 2026 17:22:36 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Navy Federal Credit Union |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy Beth Clark-Downing | on behalf of Plaintiff Leon Lamar Coe amy@cimentlawfirm.com cpfiling@cimentlawfirm.com;lawgrrl1@recap.email |
| Amy Beth Clark-Downing | on behalf of Debtor Leon Lamar Coe amy@cimentlawfirm.com cpfiling@cimentlawfirm.com;lawgrrl1@recap.email |

| | |
|---|---|
| Daniel J. Ciment | on behalf of Debtor Leon Lamar Coe Daniel@CimentLawFirm.com CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com;CimentLawFirmPLLC@jubileebk.net |
| Jeannie Lee Andresen | on behalf of Creditor Katy ISD houston_bankruptcy@lgbs.com |
| Nathan Frederick Jones Smith | on behalf of Creditor Navy Federal Credit Union nathan@mclaw.org TXSD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Ronald J Sommers | efile@nathansommers.com RS@trustesolutions.com,RS@trustesolutions.net,psalazar@nathansommers.com |
| Stephen Wilcox | on behalf of Creditor Mercedes-Benz Financial Services USA LLC kraudry@wilcoxlaw.net kraudry@wilcoxlaw.net;krw77@sbcglobal.net;swilcox@wilcoxlaw.net |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 8